UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David RADEMAKER,<br><br>                          Plaintiff,<br>v.<br><br>J. JUAREZ, et al.,<br><br>                        Defendants. | Case No.: 18-cv-1831-WQH-AGS<br><br>**ORDER REQUIRING JOINT DISCOVERY PLAN** |

The parties are ordered to provide a Joint Discovery Plan by **March 16, 2019**. The Joint Discovery Plan must be <u>filed</u> on the CM/ECF system as well as <u>lodged</u> with Magistrate Judge Schopler by emailing the Plan to efile_schopler@casd.uscourts.gov. If the Plan with its attachments exceeds 20 pages, a courtesy paper copy of the Plan must be delivered to Judge Schopler's Chambers. Because defendants raised the issue of failure to exhaust, the Plan should offer a brief schedule to adjudicate that issue before moving on to general discovery. *See Albino v. Baca*, 747 F.3d 1162, 1170 (9th Cir. 2014) ("Exhaustion should be decided, if feasible, before reaching the merits of a prisoner's claim."). The Plan must identify whether and what good cause exists to modify the Court's **tentative** schedule of deadlines and limitations, which is as follows:

1

| Event | Deadline |
|---|---|
| Defense Counsel Receiving and Serving All Grievances on File at the Institution | March 22, 2019 |
| Plaintiff's Deposition, not limited solely to issues of exhaustion | By April 5, 2019 |
| Any Motions Concerning Exhaustion or Requests for *Albino* Hearing | April 19, 2019 |
| Motions to Amend | May 3, 2019 |
| Expert Witness Designations and Disclosures | July 9, 2019 |
| Rebuttal Expert Witness Designations and Disclosures | August 9, 2019 |
| Expert Discovery Completion | September 6, 2019 |
| Fact Discovery Completion | September 6, 2019 |
| MSC Briefs | September 13, 2019 |
| Mandatory Settlement Conference | September 20, 2019, at 2:00 p.m. |
| Pretrial Motions | October 8, 2019 |
| Rule 26(a)(3) Disclosures | January 9, 2020 |
| Meet and Confer on the PTO | January 16, 2020 |
| Draft PTO to Defense Counsel | January 23, 2020 |
| Lodge PTO | January 30, 2020 |
| Final Pretrial Conference | February 7, 2020, at 11:00 a.m. |
| **Discovery Type** | **Restriction** |
| Depositions | No more than 4 |
| Requests for Admission | No more than 15 |
| Interrogatories | No more than 15 |
| Requests to Produce Documents | No more than 15 |

Defense counsel is responsible for contacting plaintiff to prepare the joint discovery plan and, should plaintiff be incarcerated at the relevant time, for ensuring plaintiff's participation in any telephonic or in-person hearings.

Dated: January 17, 2019

Hon. Andrew G. Schopler
United States Magistrate Judge